**Roger W. HURLBERT, Appellant,**

v.

**Wendy NORWALD, Respondent.**

No. ED 102320

Missouri Court of Appeals, Eastern District, ***DIVISION TWO.***

Filed: September 8, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied November 5, 2015

Application for Transfer Denied December 22, 2015

Jean Ann Maneke, 420 Nichols Rd., Suite 200, Kansas City, MO. 64112, for appellant.

Travis Allen Elliott, 901 St. Louis Street, Suite 600, Springfield, MO. .65806, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

## ORDER

## PER CURIAM

·This is a case involving a request for records by Appellant, Roger Hurlbert ("Hurlbert")[1] pursuant to the "Missouri Sunshine Law" (§§ 610.010 *et seq.*, RSMo). Hurlbert appeals the circuit court's dismissal of his petition for permanent injunctive relief against Wendy Norwald, the custodian of records for the Warren County Assessor's Office ("Assessor"), and the denial of his motion for leave to file amended petition.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).

---

1. Hurlbert filed suit individually, and doing business as Sage Information Systems.